UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ANN DICKSON,

        Plaintiff,

Case No.   11-10281

HONORABLE AVERN COHN

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on January 23, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

                DAVID WEAVER

Dated: January 23, 2012     By: s/Julie Owens
                               Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 23, 2012, by electronic and/or ordinary mail.

                S/Julie Owens
                Case Manager, (313) 234-5160